IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | )    Case No. 06-CR-118-S-01 <br> ) |
| NANCY R. MALEK, and <br> FARROKH MALEK, | ) <br> ) <br> ) |
| Defendants. | ) |

---

### ORDER ENTERING JUDGMENT
### AGAINST FARROKH MALEK

---

On December 31, 2008, this Court granted the United States' motion for summary judgment and avoided the transfers of the Bella Vista Property, the 2003 Lexus, and the $6,500.00 in proceeds from the sale of the Four Winns boat made by Nancy Malek to Farrokh Malek to the extent necessary to satisfy Nancy Malek's debt to the United States. 28 U.S.C. § 3306(a)(1). Therefore, IT IS HEREBY ORDERED pursuant to 28 U.S.C. § 3307(b)(1), that the United States may recover judgment against Farrokh Malek as transferee for the value of the aforementioned assets. IT IS ORDERED that judgment in the amount of $244,500.00 is entered against Farrokh Malek. The $244,500.00 judgment is for the $210,000.00 value of the Bella Vista Property, the $28,000.00 value of the 2003 Lexus, and the $6,500.00 of Four Winns boat proceeds.

Entered this 8th day of January, 2009.

BY THE COURT:

BARBARA B. CRABB
District Judge